IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ANTONIO LAMONT JONES,**

Petitioner,

v.  Civil Action No. **3:16CV801**

**UNITED STATES DISTRICT COURT,**

Respondent.

## MEMORANDUM OPINION

Antonio Lamont Jones, a federal inmate proceeding *pro se*, brings this petition pursuant to 28 U.S.C. § 2241 ("§ 2241 Petition," ECF No. 1), challenging the Bureau of Prisons's ("BOP") determination that he is ineligible for early release under the BOP's Residential Drug Abuse Program. On October 12, 2017, the Magistrate Judge recommended that the action be dismissed as moot because Jones has received his requested relief. (Report and Recommendation, ECF No. 10.) The Court advised Jones that he could file objections within fourteen (14) days of the date of entry of the Report and Recommendation. The time to file objections has expired and Jones has not responded.

"The magistrate makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court." *Estrada v. Witkowski*, 816 F. Supp. 408, 410 (D.S.C. 1993) (citing *Mathews v. Weber*, 423 U.S. 261, 270–71 (1976)). This Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). "The filing of objections to a magistrate's report enables the district judge to focus attention on those issues—factual and legal—that are at the heart of the parties' dispute."

*Thomas v. Arn*, 474 U.S. 140, 147 (1985). In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendation without conducting a de novo review. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

There being no objections, the Report and Recommendation will be ACCEPTED and ADOPTED. The § 2241 Petition (ECF No. 1) will be DENIED AS MOOT. The Motion to Dismiss (ECF No. 5) will be DENIED AS MOOT. The action will be DISMISSED AS MOOT.

An appropriate Order will accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
United States District Judge

Date: 11-28-17
Richmond, Virginia