IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTONIO LAMONT JONES,

    Petitioner,

v.                                                      Civil Action No. **3:16CV801**

**UNITED STATES DISTRICT COURT,**

    Respondent.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation is ACCEPTED and ADOPTED;

2. Respondent's Motion to Dismiss (ECF No. 5) is DENIED AS MOOT;

3. Jones's § 2241 Petition (ECF No. 1) is DENIED AS MOOT;

4. Jones's claims and the action are DISMISSED AS MOOT; and,

5. A certificate of appealability is DENIED.

Should Jones desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Jones and counsel of record.

It is so ORDERED.

                                                          /s/
                                             M. Hannah Lauck
                                           United States District Judge

Date: 11-28-17
Richmond, Virginia

FILED NOV 28 2017 CLERK, U.S. DISTRICT COURT RICHMOND, VA